

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00140-CV

**IN THE INTEREST OF E.L.G.**, a Child

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2024FLI000656C1
Honorable Belinda Mendez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: May 20, 2026

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on April 20, 2026. On that date, the trial court clerk filed a Notification of Late Record stating appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. We therefore ordered appellant to provide written proof by May 4, 2026 that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. In our order, we cautioned appellant that if he failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellant did not respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM